IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ANTOINETTE GRAVES,                :    CIVIL ACTION
                                  :    NO. 12-5581
          Plaintiff,             :
                                  :
    v.                           :
                                  :
CAROLYN W. COLVIN,               :
Acting Commissioner of the       :
Social Security Administration,  :
                                  :
          Defendant.             :
```

#### O R D E R

**AND NOW,** this **10th** day of **June, 2014,** upon careful review

independent review of the Report and Recommendation of U.S.

Magistrate Judge Thomas J. Rueter (ECF No. 14),[1]  it is hereby

**ORDERED** as follows:

> 1. The matter is **REMOVED** from suspense;

> 2. The Report and Recommendation is **APPROVED** and **ADOPTED;**

> 3. Plaintiff's Request for Review (ECF No. 1) is **DENIED;**

and

> 4. **JUDGMENT** shall be entered in favor Defendant and

against Plaintiff.[2]

---

[1]   The Court undertakes a de novo review of the portions of the
Report and Recommendation to which objection is made. See 28 U.S.C.
§ 636(b)(1) (2012); Cont'l Cas. Co. v. Dominick D'Andrea, Inc., 150
F.3d 245, 250 (3d Cir. 1998). The Court "may accept, reject or
modify, in whole or in part, the findings or recommendations made by
the magistrate judge." 28 U.S.C. § 636(b)(1). In this instance,
Defendant has not submitted any objections to Magistrate Judge
Rueter's Report and Recommendation.

[2]   42 U.S.C. § 405(g) gives district courts the "power to enter,
upon the pleadings and transcript of the record, a judgment

The Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

affirming, modifying, or revising the decision of the Secretary,
with or without remanding the cause for a rehearing."

2